

# Fourth Court of Appeals
## San Antonio, Texas

June 24, 2014

No. 04-14-00002-CR

Ray Lee **GARCIA**,
Appellant/s

v.

**THE STATE OF TEXAS,**
Appellee

From the 218th Judicial District Court, Atascosa County, Texas
Trial Court No. 12-03-0066-CRA
Honorable Donna S. Rayes, Judge Presiding

# O R D E R

Appellant's brief, due April 14, 2014, has not been filed. On May 29, 2014, we abated this appeal to the trial court for an abandonment hearing. Supplemental clerk's and reporter's records have now been filed. The trial court has appointed new counsel, Richard Langlois. We REINSTATE this appeal on the docket of this court and ORDER appellant to file his brief on or before **July 24, 2014**.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of June, 2014.



_____
Keith E. Hottle
Clerk of Court